UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:14-cv-2960 |
|---|---|---|---|
|  | PATTIE POKORNY and CHRISTOPHER POKORNY (H/W) | | |

*versus*

ELI LILLY AND COMPANY, an Indiana Corporation

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael X. Imbroscio<br>Covington & Burling LLP<br>One CityCenter, 850 Tenth Street, NW<br>Washington, DC 20001<br>202.662.5694; mimbroscio@cov.com<br>DDC & DC Bar No. 445474 |
|---|---|

| Name of party applicant seeks to appear for: | Eli Lilly and Company |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No __✓__

On a separate sheet for each sanction, please supply the full particulars.

Dated: Jan 9, 2015        Signed: [signature]

The state bar reports that the applicant's status is: active

Dated: 9 Jan 2015       Clerk's signature: [signature]

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 9 January 2015        [signature]
                             United States District Judge