United States District Court
Southern District of Texas

**ENTERED**
January 04, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

PATTIE POKORNY AND CHRISTOPHER
POKORNY (H/W),
    Plaintiffs,
vs.

ELI LILLY AND COMPANY, an Indiana Corporation,
    Defendant

§
§
§
§
§

C. A. No. H- 4:14-2960

## AMENDED SCHEDULING/DOCKET CONTROL ORDER

Anticipated Length of Trial: <u>5-10</u> Days      Jury: <u>X</u>    Non-Jury:_____

1. NEW PARTIES shall be joined by:
The Attorney causing the addition of new parties will provide copies of this Order to new parties.
    <u>March 8, 2015</u>

2. EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:
    <u>April 19, 2016</u>
Supplemental expert report relating to motion to compel to be filed no later than May 10, 2016

3. EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE:
    <u>May 3, 2016</u>

4. DISCOVERY must be completed by:
Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline.
    Fact discovery: January 7, 2016, except for itemized exceptions as set forth in parties' motion for leave
Expert discovery: May 24, 2016

5. DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by:
    <u>June 7, 2016</u>
(Due 90 Days Prior to Trial Date)

6. JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE*
(The Court will fill in this date)
    September 6, 2016
(Due Monday one week before trial)

7. TRIAL will begin at 8:30 a.m.
    September 12, 2016
(18 Months from date case is filed)

<u>1/4/16</u>
Date

_____
Keith P. Ellison
United States District Judge

_____
Date

_____
Counsel for Plaintiff(s)

_____
Date

_____
Counsel for Defendant(s)